# EXHIBIT A

## IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

Darlene Gum                                  :   Civil Action No.: *18-C-343*
928 Belrock Avenue                           :
Belpre, Ohio 45714,                          :   Judge:
                                             :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :
                                             :
                                             :
Sam's West, Inc. d/b/a Sam's Club            :
c/o The Corporation Company                  :
Statutory Agent                              :
124 West Capitol Avenue, Suite 1900          :
Little Rock, Arkansas 72201,                 :
                                             :
AND                                          :
                                             :
Sam's West, Inc. d/b/a Sam's Club            :
c/o CT Corporation System                    :
5400 D Big Tyler Road                        :
Charleston, West Virginia  25313,            :
                                             :
AND                                          :
                                             :
Sam's East, Inc. d/b/a Sam's Club            :
c/o The Corporation Company                  :
Statutory Agent                              :
124 West Capitol Avenue, Suite 1900          :
Little Rock, Arkansas 72201,                 :
                                             :
AND                                          :
                                             :
Sam's East, Inc. d/b/a Sam's Club            :
c/o CT Corporation System                    :
1627 Quarrier Street                         :
Charleston, West Virginia 25311-2124,        :
                                             :
AND                                          :

FILED IN OFFICE

DEC 27 2018

CAROLE JONES
CLERK CIRCUIT COURT          Page 1 of 9

Sam's Club                              :
Store #6373                             :
1100 Grand Central Ave.                 :
Vienna, West Virginia 26105,            :
                                        :
AND                                     :
                                        :
Walmart, Inc.
c/o The Corporation Company
Statutory Agent
124 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201,

AND

Walmart, Inc.
c/o CT Corporation
1627 Quarrier Street
Charleston, West Virginia  25311-2124,

AND

John Doe 1
Current address
and identity unknown,

          Defendants.

# COMPLAINT
## JURY DEMAND ENDORSED HEREON

### COUNT ONE

    1.    Plaintiff, Darlene Gum, is an individual, a United States Citizen, and a resident of the State of Ohio (Washington County).  Plaintiff Gum is the injured party in this action.

    2.    At all material times, Defendant Sam's West, Inc. was and continues to be an Arkansas corporation, authorized to conduct business and conducting business in the State of West Virginia, with its principal place of business in Arkansas, located at 2101 SE Simple Savings Dr., Bentonville, Arkansas 72712.  Sam's West can be served through their statutory

agent, The Corporation Company, 124 West Capitol Avenue, Ste. 1900, Little Rock, Arkansas 72201.

3.    At all material times, Defendant Sam's East, Inc. was and continues to be an Arkansas corporation, authorized to conduct business and conducting business in the State of West Virginia, with its principal place of business in Arkansas, located at 2101 SE Simple Savings Dr., Bentonville, Arkansas 72712.  Sam's East can be served through their statutory agent, The Corporation Company, 124 West Capitol Avenue, Ste. 1900, Little Rock, Arkansas 72201.

4.    At all material times, Defendant Walmart, Inc. was and continues to be a Delaware corporation, authorized to conduct business and conducting business throughout the United States of America, including in the State of West Virginia, with its principal place of business in Arkansas, located at 702 SW 8th Street, Bentonville, Arkansas 72716.  Walmart can be served through their statutory agent, The Corporation Company, 124 West Capitol Avenue, Ste. 1900, Little Rock, Arkansas 72201.

5.    At all material times, Defendant John Doe 1, whose current identity and address is unknown, was the employee and/or servant of Defendants.

6.    Defendant Doe, as an employee of Defendants, operated a shopping cart in such a manner as to cause bodily harm and injury to Plaintiff Darlene Gum.

7.    At all times pertinent to this action, Defendants owned, operated, maintained and/or otherwise exercised control over the premises held open to the public and located at 1100 Grand Central Ave., Vienna, Wood County, West Virginia, being operated as Sam's Club, store number 6373 ("Premises").

8.     On or about January 13, 2017, Plaintiff was lawfully and properly a business invitee and patron at the Premises.

9.     At said time and place, Plaintiff, after purchasing various items including a big screen television, exited the Premises into the parking lot.

10.     At said time and place, Defendant Doe exited the building following directly behind Plaintiff to assist her in loading her purchased items into her car; specifically Defendant Doe was pushing a flatbed shopping cart with Plaintiff's new television loaded on it.

11.     At said time and place, Defendant Doe, while following behind Plaintiff, negligently struck Plaintiff with the flatbed shopping cart from behind in the right leg and knee, causing Plaintiff to suffer serious injuries.

12.     At said time and place of the aforementioned negligence, Defendant Doe was acting as an agent of and/or in concert with and/or for Defendants, and within the scope and in furtherance of his employment with and/or at the direction of Defendants.

13.     As a result of the aforementioned negligence of Defendants, acting jointly and/or severally and/or in concert, Plaintiff suffered serious physical injuries, including, but not limited to, injury to her right leg and knee requiring surgical intervention; some of said injuries which are and may be permanent in nature.

14.     As a result of the aforementioned negligence, Plaintiff incurred expenses in excess of Eighty One Thousand and 00/100 Dollars ($81,000.00) for medical treatment and hospital expenses and may incur additional expenses for medical treatment in the future. Some of said expenses may be subrogated.

15.     As result of the aforementioned negligence of Defendant Doe and/or Defendants, acting jointly and/or severally and/or in concert, and the resulting injury, Plaintiff has lost or had

impaired the use of her physical faculties, suffered pain and mental anguish, embarrassment, humiliation and fright and will continue to suffer in the future.

16.     As a result of the aforementioned negligence and resulting injury Plaintiff has lost income and is reasonably expected to suffer a loss of future income and has had her future earning capacity impaired.

## COUNT TWO

17.     Plaintiff incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully rewritten herein.

18.     Defendants owed a duty of care to Plaintiff through its employees and/or agents.

19.     Defendant Doe, an employee or agent of Defendants breached the standard of care he owed to Plaintiff when he negligently struck Plaintiff with a flatbed shopping cart causing injury.

20.     Defendants are liable for the conduct of their employee and/or agent, Defendant Doe, under the doctrine of *respondeat superior*.

21.     As the direct and proximate cause of the negligence of the employee and/or agent of Defendants, Plaintiff Gum has suffered the damage and harmed stated herein in paragraphs fifteen (15) through eighteen (18).

## COUNT THREE

22.     Plaintiff incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully rewritten herein.

23.     In the alternative to aforementioned negligence, Defendants and/or Doe, acting jointly and/or severally and/or individually and/or in concert, was/were negligent in failing to use

ordinary and reasonable care to protect Plaintiff while Plaintiff was on the Premises and/or keep the Premises in a reasonably safe condition.

24.    As a result of the aforementioned failures, omissions and negligence of all Defendants, acting jointly and/or severally and/or individually and/or in concert, Plaintiff suffered serious physical injuries, including, but not limited to, injury to her right leg and knee requiring surgical intervention; some of said injuries which are and may be permanent in nature.

25.    As a result of the aforementioned failures, omissions and negligence, Plaintiff incurred medical expenses in excess of Eighty One Thousand and 00/100 Dollars ($81,000.00) for medical treatment and hospital expenses and may incur additional expenses for medical treatment in the future.  Some of said expenses may be subrogated.

26.    As a result of the aforementioned failures, omissions and negligence of Defendants, acting jointly and/or severally and/or individually and/or in concert, and resulting injury, Plaintiff has lost the use of her physical faculties, suffered pain and mental anguish, embarrassment, humiliation and fright and will continue to suffer in the future.

27.    As a result of the aforementioned failures, omissions and negligence of Defendants, acting jointly and/or severally and/or individually and/or in concert, and resulting injury, Plaintiff has lost income and is reasonably expected to suffer a loss of future income and has had her future earning capacity impaired.

## COUNT FOUR

28.    Plaintiff incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully rewritten herein.

29.    Defendants were negligent in hiring, retaining, training, and supervising Defendant Doe.

30.     Defendants and or Doe breached the duty of care they owed to Plaintiff, including, but not limited to:

    a.  Failure to properly train or equip their employee(s); and

    b.  Failure to protect patrons, including plaintiff, from physical harm and injury;

31.     Defendant Doe was incompetent and negligent in the performance of his duties and Defendants and/or Doe had or should have had actual and/or constructive knowledge of such incompetence and negligence.

32.     Defendants and/or Doe, acting jointly and/or severally, and/or individually and/or in concert, was negligent in allowing Defendant Doe to remain employed and to negligently strike Plaintiff causing the aforementioned injuries and damages to Plaintiff while she was on the Premises.

33.     As a result of the aforementioned negligence of Defendants, acting jointly and/or severally and/or in concert, Plaintiff suffered serious physical injuries, including, but not limited to, injury to her right leg and knee requiring surgical intervention; some of said injuries which are and may be permanent in nature.

34.     As a result of the aforementioned negligence, Plaintiff incurred expenses in excess of Eighty One Thousand and 00/100 Dollars ($81,000.00) for medical treatment and hospital expenses and may incur additional expenses for medical treatment in the future.  Some of said expenses may be subrogated.

35.     As result of the aforementioned negligence of Defendants Doe(s) and/or Defendants, acting jointly and/or severally and/or in concert, and the resulting injury, Plaintiff has lost or had impaired the use of her physical faculties, suffered pain and mental anguish, embarrassment, humiliation and fright and will continue to suffer in the future.

36.     As a result of the aforementioned negligence and resulting injury Plaintiff has lost income and is reasonably expected to suffer a loss of future income and has had her future earning capacity impaired.

**WHEREFORE**, the Plaintiff demands judgment as follows:

Judgement against Defendants, jointly and severally, or in the alternative individually, in an amount in excess of Seventy Five Thousand and 00/100 Dollars ($75,000.00) as compensatory damages and, where appropriate, in an amount in excess of Seventy Five Thousand and 00/100 Dollars ($75,000.00) as punitive damages, and said Plaintiff further demands interest, costs, and any further just relief.

Respectfully submitted,

**Plaintiff, Darlene Gum, by counsel,**

*Matthew C. Carlisle.*

Matthew C. Carlisle  (WV Bar No. 8790)
**THEISEN BROCK, LPA**
424 Second Street
Marietta, OH   45750
Telephone:  740.373.5455
Fax:  740.373.4409
Email:  carlise@theisenbrock.com
*Counsel for Darlene Gum*


OF COUNSEL:

Sanford A. Meizlish (OH Bar No. 0002620)
Jason C. Cox (OH Bar No. 0095169)
**BARKAN MEIZLISH DeROSE** .
**WENTZ McINERNEY PEIFER, LLP**
250 E. Broad St., 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Fax: (614) 744-2300
Email: smeizlish@barkanmeizlish.com
        jcox@barkanmeizlish.com

## JURY DEMAND

Plaintiff hereby demands a trial by a jury of eight (8) persons to hear all issues so triable.

Plaintiff, Darlene Gum, by counsel,

*Matthew C. Carlisle*

Matthew C. Carlisle  (WV Bar No. 8790)
**THEISEN BROCK, LPA**
424 Second Street
Marietta, OH   45750
Telephone:  740.373.5455
Fax:  740.373.4409
Email:  carlise@theisenbrock.com
*Counsel for Darlene Gum*

(458447)

SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

**DARLENE GUM**

Plaintiff(s)

VS:

Civil Action # **18-C-343**

**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB**
**SAM'S CLUB**
**WALMART, INC.**
**WALMART, INC. AND**
**JOHN DOE 1**

Defendant(s)

To:          **SAM'S WEST, INC. DBA SAM'S CLUB**
             **C/O THE CORPORATION COMPANY**
             **STATUTORY AGENT**
             **124 WEST CAPITOL AVE SUITE 1900**
             **LITTLE ROCK, AR 72201**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Matthew C. Carlisle , Attorneys at Law**, Plaintiff's Attorney, whose address is **Theisen Brock, 424 Second Street, Marietta, Ohio 45750**, an answer including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: December 27, 2018

_Carole Jones_
Clerk Circuit Court

By: _Jacks_
Deputy

 CT Corporation

**Service of Process Transmittal**
01/04/2019
CT Log Number 534674098

**TO:**   Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:**   **Process Served in Arkansas**

**FOR:**   Sam's West, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gum Darlene, Pltf. vs. Sam's West, Inc., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Jury Demand |
| **COURT/AGENCY:** | Wood County Circuit Court, WV<br>Case # 18C343 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/13/2017 - 2101 SE Simple Savings Dr., Bentonville, Arkansas 72712 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/04/2019 postmarked on 12/28/2018 |
| **JURISDICTION SERVED :** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Matthew C. Carlisle<br>Theisen Brock, LPA<br>424 Second Street<br>Marietta, OH 45750<br>740-373-5455 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/04/2019, Expected Purge Date: 01/09/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | CT Corporation System<br>124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736<br>214-932-3601 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



FIRST-CLASS MAIL

neopost
12-5-2018
US POSTAGE $012.19
ZIP 26101
041L11209202

CERTIFIED MAIL

7018 2290 0000 9281 5486

RESTRICTED DELIVERY

Carole Jones, Circuit Clerk
Wood County Judicial Building
# 2 Government Square
Parkersburg, WV 26101-5353

Return Service Requested

SAMS WEST INC. DBA SAMS CLUB 18-C-343
C/O THE CORPORATION CO
STATUTORY AGENT
124 WEST CAPITOL AVE SUITE 1900
LITTLE ROCK, AR 72201

SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

**DARLENE GUM**

Plaintiff(s)

VS:

Civil Action # **18-C-343**

**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB**
**SAM'S CLUB**
**WALMART, INC.**
**WALMART, INC. AND**
**JOHN DOE 1**

Defendant(s)

To:       **SAM'S EAST, INC. DBA SAM'S CLUB**
          **C/O THE CORPORATION COMPANY**
          **STATUTORY AGENT**
          **124 WEST CAPITOL AVE; SUITE 1900**
          **LITTLE ROCK, AR 72201**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Matthew C. Carlisle** , Attorneys at Law, Plaintiff's Attorney, whose address is **Theisen Brock, 424 Second Street,** Marietta, Ohio 45750, an answer including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: December 27, 2018

_____
Clerk Circuit Court

By: _____
Deputy

 CT Corporation

**Service of Process Transmittal**
01/02/2019
CT Log Number 534665387

TO: Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

RE: **Process Served in Arkansas**

FOR: Sam's East, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Gum Darlene, Pltf. vs. Sam's West, Inc., etc., et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Wood County-Circuit Court, WV<br>Case # 18C343 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/13/2017 -<br>1100 Grand Central Ave., Vienna, Wood County, West Virginia |
| ON WHOM PROCESS WAS SERVED: | CT Corporation System, Little Rock, AR |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 01/02/2019 postmarked on 12/28/2018 |
| JURISDICTION SERVED : | Arkansas |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Matthew C. Carlisle<br>Theisen Brock, LPA<br>424 Second Street<br>Marietta, OH 45750<br>740-373-5455 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/03/2019, Expected Purge Date:<br>01/08/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| SIGNED:<br>ADDRESS: | CT Corporation System<br>124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736 |
| TELEPHONE: | 214-932-3601 |

Page 1 of  1 / JB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



FIRST-CLASS
$012 25
ZIP 26101
041L12793

neopost
12/28/2018

CERTIFIED MAIL

7018 2290 0000 9281 5509

RESTRICTED DELIVERY

Carole Jones, Circuit Clerk
Wood County Judicial Building
# 2 Government Square
Parkersburg, WV 26101-5353

Return Service Requested

SAMS EAST INC. DBA SAMS CLUB 18-C-343
C/O THE CORPORATION COMPANY
STAUTORY AGENT
124 W CAPITOL AE SUITE 1900
LITTLE ROCK, AR 72201

SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

**DARLENE GUM**

Plaintiff(s)

VS:

Civil Action # 18-C-343

**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB**
**SAM'S CLUB**
**WALMART, INC.**
**WALMART, INC. AND**
**JOHN DOE 1**

Defendant(s)

To:        **SAM'S EAST, INC DBA SAM'S CLUB**
**C/O CT CORPORATION**
**1627 QUARRIER ST**
**CHARLESTON, WV 25311-2124**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Matthew C. Carlisle , Attorneys at Law**, Plaintiff's Attorney, whose address is **Theisen Brock, 424 Second Street, Marietta, Ohio 45750**, an answer including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: December 27, 2018

_Carole Jones_
Clerk Circuit Court

By: _____
Deputy

---

 CT Corporation

**Service of Process Transmittal**
01/02/2019
CT Log Number 534665459

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in West Virginia**

**FOR:** Sam's East, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Gum Darlene, Pltf. vs. Sam's West, Inc., etc., et al., Dfts.

**DOCUMENT(S) SERVED:** Summons, Complaint, Jury Demand

**COURT/AGENCY:** Wood County-Circuit Court, WV
Case # 18C343

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/13/2017 - 1100 Grand Central Ave., Vienna, Wood County, West Virginia

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Charleston, WV

**DATE AND HOUR OF SERVICE:** By Certified Mail on 01/02/2019 postmarked: "Not Post Marked"

**JURISDICTION SERVED :** West Virginia

**APPEARANCE OR ANSWER DUE:** Within 30 days after service, exclusive of the day of service

**ATTORNEY(S) / SENDER(S):** Matthew C. Carlisle
Theisen Brock, LPA
424 Second Street
Marietta, OH 45750
740-373-5455

**ACTION ITEMS:** CT has retained the current log, Retain Date: 01/03/2019, Expected Purge Date: 01/08/2019

Image SOP

Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com

**SIGNED:** C T Corporation System
**ADDRESS:** 1627 Quarrier St
Charleston, WV 25311-2124
**TELEPHONE:** 302-658-7581/7582/7583

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Carole Jones, Circuit Clerk
Wood County Judicial Building
# 2 Government Square
Parkersburg, WV 26101-5353

Return Service Requested

CERTIFIED MAIL

THIS SIDE OF ENVELOPE TO BE TO THE RIGHT OF THE ADDRESS

7018 2290 0000 9281 5516

SAMS EAST INC. DBA SAMS CLUB  18-C-343
C/O CT CORPORATION SYSTEM
1627 QUARRIER ST
CHARLESTON, WV 25311-2124

RESTRICTED DELIVERY

SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

**DARLENE GUM**

                                    Plaintiff(s)

VS:

                                              Civil Action # 18-C-343

**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S WEST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB,**
**SAM'S EAST, INC. D/B/A SAM'S CLUB**
**SAM'S CLUB**
**WALMART, INC.**
**WALMART, INC. AND**
**JOHN DOE 1**
                              Defendant(s)

            To:          **WALMART, INC**
                         **C/O CT CORPORATION**
                         **1627 QUARRIER ST**
                         **CHARLESTON, WV 25311-2124**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Matthew C. Carlisle , Attorneys at Law**, Plaintiff's Attorney, whose address is **Theisen Brock, 424 Second Street, Marietta, Ohio 45750**, an answer including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: December 27, 2018

                                    _Carole Jones_____
                                    Clerk Circuit Court

                         By: _____Jacks_____
                                          Deputy

 CT Corporation

**Service of Process
Transmittal**
01/02/2019
CT Log Number 534665474

TO:     Kim Lundy Service of Process, Legal Support Supervisor
        Walmart Inc.
        702 SW 8th St, MS#0215
        Bentonville, AR 72716-6209

RE:     **Process Served in West Virginia**

FOR:    Walmart Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gum Darlene, Pltf. vs. Sam's West, Inc., etc., et al., Dfts. // To: Walmart, Inc *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Wood County-Circuit Court, WV Case # 18C343 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/13/2017 - 1100 Grand Central Ave., Vienna, Wood County, West Virginia |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/02/2019 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Matthew C. Carlisle Theisen Brock, LPA 424 Second Street Marietta, OH 45750 740-373-5455 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/03/2019, Expected Purge Date: 01/08/2019 |
| | Image SOP |
| | Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1627 Quarrier St Charleston, WV 25311-2124 |
| **TELEPHONE:** | 302-658-7581/7582/7583 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



CERTIFIED MAIL

7018 2290 0000 9261 5547

Carole Jones, Circuit Clerk
Wood County Judicial Building
# 2 Government Square
Parkersburg, WV 26101-5353

Return Service Requested

RESTRICTED DELIVERY

WALMART INC 18-C-343
C/O CT CORPORATION
1627 QUARRIER ST
CHARLESTON, WV 25311-2124