IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DARLENE GUM,

       Plaintiff,

v,

                                               Civil Action No. 2:19-cv-0065
                                               Judge Copenhaver, Jr.

SAM'S EAST, INC., D/B/A SAM'S CLUB,
and JOHN DOE 1,

       Defendants.

## FINAL DISMISSAL ORDER

On this date came the parties hereto, by the undersigned counsel, and represented to the Court, by their signatures herein, that all claims and controversies asserted in the above-styled action, have been resolved, and that the parties hereto, therefore jointly move that the above-styled action be dismissed, with prejudice, and each party to bear their own expenses and costs.

WHEREFORE, for good cause shown, and there being no objection thereto, this Court does hereby ORDER that the above-styled action shall be and hereby is DISMISSED WITH PREJUDICE as to all parties and all claims asserted.

The Court further ORDERS that the Clerk of the United States District Court for the Southern District of West Virginia shall provide a copy of this entered Order by filing and service through the Court's CM/ECF electronic filing system.

ENTER: this _____2_____ day of ____March____ 2020.


                                         JOHN T. COPENHAVER, JR.
                                         UNITED STATES DISTRICT JUDGE

APPROVED BY:


/s/    Mathew Carlisle_____
Mathew C. Carlisle, Esq.
Theisen Brock, LPA
424 Marietta, OH 45750
*Counsel for Plaintiff*

and

Sanford A. Meizlish, Esq.
Jason C. Cox, Esq.
Barkan Meizlish DeRose  Wentz McInerney Peifer, LLP
250 E. Broad St., 10th Floor
Columbus, OH 43215
*Of Counsel for Plaintiff   (pro hac vice admission)*


/s/ Heather M. Noel_____
Heather M. Noel (W.Va. Bar No. 7814)
Sara E. Brown (W. Va. Bar No. 11999)
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
*Counsel for Sam's East, Inc.*